IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELORES WESTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-CV-0482-MJR-PMF |
| | ) |
| WAL-MART INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

Plaintiff Delores Weston recently filed a complaint against Wal-Mart, Inc. (Doc. 1) and seeks leave to proceed *in forma pauperis* in this Court (Doc. 2). Before the Court can consider her motion to proceed without prepayment of fees, the Court must first address a serious jurisdictional problem. Weston's complaint appears to allege a negligence or premises liability case based on Illinois state law, meaning that subject-matter jurisdiction in this Court could only be based upon diversity of citizenship between the parties. *See* 28 U.S.C. § 1332(a) (2006) (noting that the district courts have subject-matter jurisdiction over civil actions that have more than $75,000 in controversy and are between parties that are citizens of different states).

Because Weston's complaint contains no allegations regarding the citizenship of the parties or the amount in controversy, the Court doubts the presence of subject-matter jurisdiction. The Court **DIRECTS** Weston to file an amended complaint alleging a sufficient basis for jurisdiction in this Court. Weston has until **August 2, 2010** or her case will be **DISMISSED** for lack of subject-matter jurisdiction.

IT IS SO ORDERED.

DATED July 12, 2010.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**